IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SAMUEL RAMSEY

          Plaintiff,

v.                                             CIVIL ACTION NO. 2:21-cv-497

JOHN WILSON, et al.,

          Defendant.

ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On April 6, 2022, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 6] ("PF&R") and recommended that the court dismiss Plaintiff Samuel Ramsey's Complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES** this matter from the docket for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 1, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE